No. 1,661.—STATE, RESPONDENT, v. BEALS, APPELLANT.

*Appeal from District Court, Yellowstone County.*

Motion to dismiss appeal.

Submitted October 4, 1901.   Decided October 4, 1901.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is granted, for the reason that the appellant has not filed his brief within the time required by Subdivisions 2 and 5 of Rule X of the Rules of this Court.

*Mr. J. B. Herford,* and *Mr. C. L. Harris,* for Appellant.

*Mr. James Donovan, Attorney General,* for Respondent.

No. 1,695.—STATE, RESPONDENT, v. PRESCOTT, APPELLANT.

*Appeal from District Court, Cascade County.*

Decided October 7, 1901.

PER CURIAM.—This appeal is dismissed for the reason that appellant has not filed his brief herein, in accordance with Subdivisions 2 and 5 of Rule X of the Rules of this Court.

*Mr. William G. Downing,* for Appellant.

*Mr. James Donovan, Attorney General,* for Respondent.